IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CAUSE NO.: 2:10CR0160-SA

KERRICK DESHAUN HUGHES  DEFENDANT

## ORDER

Defendant has filed a Motion for Due Process on Calculated Time [1153]. He contends that the State of Mississippi failed to count his time spent in federal custody, so he should get federal credit for that time

The authority for calculating sentences and "credit" falls to the Bureau of Prisons by statute. See 18 U.S.C. § 3624. Accordingly, Defendant's request is outside the parameters of this Court's jurisdiction. The motion for credit is DENIED.

SO ORDERED, this the 19th day of July, 2017.

                                                                 **/s/ Sharion Aycock**
                                                                 **U.S. DISTRICT JUDGE**